1  TRINETTE G. KENT (State Bar No. 222020)
   3219 East Camelback Road, #588
2  Phoenix, AZ 85018
   Telephone:  (480) 247-9644
3  Facsimile:  (480) 717-4781
4  E-mail: tkent@lemberglaw.com

5  Of Counsel to
   Lemberg Law, LLC
6  43 Danbury Road
   Wilton, CT 06897
7  Telephone:  (480) 247-9644
8  Facsimile:  (203) 653-3424

9  Attorneys for Plaintiffs,
   Andrea and Keith Landry
10

                    UNITED STATES DISTRICT COURT
11
               CENTRAL DISTRICT OF CALIFORNIA
12
                        SOUTHERN DIVISION
13

14 | Andrea and Keith Landry,            | Case No.:  8:19-cv-01889-JVS-DFM
15 |                                      |
   |              Plaintiffs,             | **STIPULATION OF DISMISSAL**
16 |                                      | **WITH PREJUDICE**
   |        vs.                           |
17 |                                      |
   | Consumer Portfolio Services, Inc.,   |
18 |                                      |
   |              Defendant.              |
19 |                                      |
20

21

22

23

24

1

## STIPULATION OF DISMISSAL WITH PREJUDICE

2

3

The Parties to the above-entitled action, through counsel undersigned and
pursuant to FRCP 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action is

4

hereby dismissed in its entirety with prejudice.

5

6

DATED:  December 20, 2019

7

By:  */s/   Dhruv M. Sharma*
Dhruv M. Sharma

8

Attorney for Defendant, Consumer

9

Portfolio Services, Inc.

10

DATED:  December 20, 2019

11

12

By:  */s/   Trinette G. Kent*
Trinette G. Kent

13

Lemberg Law, LLC

14

Attorney for Plaintiffs,
Andrea and Keith Landry

15

16

17

18

19

20

21

22

23

24

STIPULATION OF DISMISSAL
Case No. 8:19-cv-01889-JVS-DFM