JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Andrea and Keith Landry,<br><br>        Plaintiffs,<br><br>    vs.<br><br>Consumer Portfolio Services, Inc.,<br><br>        Defendant. | Case No.:  8:19-cv-01889-JVS-DFM<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| 1 | The Court, having read and considered the Parties' Stipulation of Dismissal |
| 2 | with Prejudice, **IT IS HEREBY ORDERED GRANTING THE STIPULATION.** |
| 3 | This matter is dismissed in its entirety with prejudice. |

DATED: December 20, 2019

_____
Judge James V. Selna